

# NUMBER 13-18-00085-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

HAROLD EIMERS SMITH AND
IGNACIO PUENTE JR.,                                                    Appellees.

**On appeal from the 444th District Court of
Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Hinojosa
Memorandum Opinion by Justice Rodriguez**

Appellant, the State of Texas, has filed a motion to dismiss this appeal on grounds that the trial court has granted a motion for new trial, thereby rendering this appeal moot. The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).

Appellant's motion to dismiss is granted and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
8th day of March, 2018.